# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MARIO L. ALLEN**

   **Plaintiff,**

v.              Case No.19-CV-205

**ANGELA THOMPSON,**

   **Defendant.**

## ORDER

  Defendant Angela Thompson filed a motion for summary judgment on July 30, 2020. (ECF No. 39.) Pursuant to Civil L.R. 56(b)(2), *pro se* plaintiff Mario L. Allen had until August 31, 2020, to respond to Thompson's motion. To date, Allen has yet to respond.

  The court will give Allen one final opportunity to, within fourteen days of the date of this order, either respond to Thompson's summary judgment motion or file a letter explaining why he is unable to do so. If Allen fails to file a response or file his explanatory letter by this date, the court will accept all facts asserted by Thompson as undisputed and will enter summary judgment accordingly. This will likely result in summary judgment being granted in Thompson's favor and the case being dismissed.

  **NOW, THEREFORE, IT IS HEREBY ORDERED** that, by **September 29, 2020,** Allen must either respond to Thompson's motion for summary judgment or

file a letter explaining why he is unable to do so. Failure to respond by that date will result in the court accepting all facts asserted by Thompson as undisputed and entering summary judgment accordingly.

Dated at Milwaukee, Wisconsin this 15th day of September, 2020.

BY THE COURT

WILLIAM E. DUFFIN
United States Magistrate Judge